UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE DENEGAL,<br><br>            Plaintiff,<br><br>      v.<br><br>R. FARRELL, et al.,<br><br>            Defendants. | CASE No. 1:15-cv-01251-DAD-MJS (PC)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>**(ECF No. 11)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. No other parties have appeared in the action.

Plaintiff's complaint was dismissed for failure to state a claim and she was given leave to amend. (ECF No. 8.) On October 19, 2015, Plaintiff filed a motion for reconsideration. (ECF No. 11.) Thereafter, on November 16, 2015, Plaintiff filed a first amended complaint. (ECF No. 12.)

As a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an amended complaint is filed, the original complaint no longer serves any function in the case. Here, Plaintiff has filed an amended complaint and her objections to the Court's order screening her original complaint are thereby moot.

1  Accordingly, Plaintiff's motion for reconsideration is HEREBY DENIED as moot.
2  The Court will screen Plaintiff's amended complaint in due course.

IT IS SO ORDERED.

Dated:   May 3, 2016                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE