UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE DENEGAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. FARRELL, et al.,<br><br>　　　　Defendants. | CASE NO. 1:15-cv-01251-DAD-MJS (PC)<br><br>**ORDER DENYING REQUEST FOR SERVICE DOCUMENTS**<br><br>**(ECF No. 17)** |

　　　　Plaintiff Dwayne Denegal, also known as Fatima Shabazz, is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On July 8, 2016, the Court issued findings and recommendations, recommending that Plaintiff be permitted to proceed on certain of her claims, and that the remaining claims be dismissed. (ECF No. 16.) The findings and recommendations remain pending before the District Judge. Before the Court is Plaintiff's August 3, 2016 request for service documents. (ECF No. 17.)

Plaintiff will be sent service documents if and when the findings and recommendations are adopted by the district judge. Plaintiff's time for returning such documents to the Court does not begin to run until the adoption of the findings and recommendations. Because the findings and recommendations have not yet been adopted, the Court cannot issue service documents and Plaintiff does not yet have a deadline for returning documents to the Court.

Accordingly, Plaintiff's request for service documents is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:   August 16, 2016          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE