1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DWAYNE DENEGAL,                         No.  1:15-cv-01251-DAD-MJS

12              Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS FOR SERVICE OF
14   R. FARRELL et al.,                      COGNIZABLE CLAIMS AND TO DISMISS
                                             ALL OTHER CLAIMS WITH PREJUDICE
15              Defendants.
                                             (Doc. No. 16)
16
                                             THIRTY (30) DAY DEADLINE FOR
17                                           SUBMISSION OF SERVICE DOCUMENTS

18

19

20        Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights

21   action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

22   magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23        On July 8, 2016, the assigned magistrate judge issued findings and recommendations,

24   recommending service of plaintiff's first amended complaint only with respect to its Eighth and

25   Fourteenth Amendment claims which were found to be cognizable and for dismissal of all other

26   claims with prejudice.  (Doc. No. 16.)  Plaintiff filed no objections to the findings and

27   recommendations.

28   /////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.  The July 8, 2016 findings and recommendations (Doc. No. 16) are adopted in full;

2.  Plaintiff will be allowed to proceed on her Eighth Amendment inadequate medical care claims against defendants Farrell, Coffin, Cryer, Lewis, and Sunduram; and her Fourteenth Amendment Equal Protection claims against defendants Coffin, Cryer, Lewis, and Sunduram;

3.  All other claims asserted in plaintiff's first amended complaint (Doc. No. 12) and all other named defendants are dismissed with prejudice;

4.  Service shall be initiated on the following defendants:

    **R. FARRELL** – Psychologist at CSATF

    **R. COFFIN** – Chief Psychologist at CSATF

    **CLARENCE CRYER** – Medical Department CEO at CSATF

    **J. LEWIS** – Deputy Director, California Correctional Healthcare

    **J. SUNDURAM** – Primary Care Physician at CSATF

5.  The Clerk of the Court shall send plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed November 16, 2015;

6.  Within thirty (30) days from the date of this order, plaintiff shall complete and return to the court the Notice of Submission of Documents along with the following documents:

    a.  One completed summons for each defendant listed above,

    b.  One completed USM-285 form for each defendant listed above,

    c.  Six (6) copies of the endorsed first amended complaint (Doc. No. 12), filed November 16, 2015;

/////

7.  Plaintiff shall not attempt service on defendants and need not request waiver of
service.  Upon receipt of the above-described documents, the court shall direct the
United States Marshal to serve the above-named defendants pursuant to Rule 4 of the
Federal Rules of Civil Procedure without payment of costs; and

8.  Any failure by plaintiff to comply with this order may result in dismissal of this
action.

IT IS SO ORDERED.

Dated:  __**September 8, 2016**__                                          _____

UNITED STATES DISTRICT JUDGE

3