|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | UNITED STATES DISTRICT COURT |
| 7 | | EASTERN DISTRICT OF CALIFORNIA |
| 8 | | |
| 9 | DWAYNE DENEGAL, | CASE NO. 1:15-cv-01251-DAD-MJS (PC) |
| 10 | Plaintiff, | |
| 11 | v. | **ORDER APPOINTING COUNSEL** |
| 12 | R. FARRELL, et al., | |
| 13 | Defendants. | |

Plaintiff Dwayne Denegal, also known as Fatima Shabazz, is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C § 1983. The court finds the appointment of counsel for plaintiff is warranted. Carter C. White has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Carter C. White is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Carter C. White, King Hall Civil Rights Clinic, One Shields Avenue, Building TB-30, Davis, California 95616.
4. Notwithstanding the appointment of counsel, motions in this action shall continue

1

to be submitted upon the record and without oral argument unless otherwise ordered by the Court. Local Rule 230(g). Motions shall be briefed on the schedule set out in Local Rule 230(*l*).

IT IS SO ORDERED.

Dated: December 22, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE