IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DWAYNE DENEGAL (FATIMA SHABAZZ),** | Case No. 1:15-cv-01251 DAD MJS PC |
| Plaintiff, | **ORDER** |
| v. | |
| **R. FARRELL, et al.,** | |
| Defendants. | |

The Court has considered the Defendants' request for a seven-day extension of time to file a reply in support of their motion for summary judgment for failure to exhaust administrative remedies. Good cause appearing for that request, Defendants shall have until March 9, 2018, within which to file a reply.

IT IS SO ORDERED.

Dated: March 1, 2018  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE