# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE DENEGAL,<br><br>    Plaintiff,<br><br>v.<br><br>R. FARRELL,<br><br>    Defendants. | CASE NO. 1:15-cv-01251-DAD-MJS (PC)<br><br>**ORDER APPROVING STIPULATION FOR SUBSTITUTION AND EXTENSION OF TIME**<br><br>(ECF No. 61)<br><br>**APRIL 04, 2018 DEADLINE** |

Plaintiff is a prisoner proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983.

Pending before the Court is the parties' stipulation (1) to allow Plaintiff to substitute the proposed Second Amended and Supplemental Complaint for Declaratory and Injunctive Relief (ECF No. 60-1) for ECF No. 56-1; and (2) to grant Defendants a twenty-one day extension from the date of Plaintiff's substitute pleading, up to and including April 4, 2018, to file their response to the Second Amended and Supplemental Complaint.

Having considered the proposal, this Court HEREBY ORDERS that the Stipulation is APPROVED. Plaintiff is allowed to substitute the proposed amended complaint filed at ECF No. 60-1 for the proposed amended complaint filed at 56-1 and Defendants are

granted up to and including April 04, 2018 to file a response to the substituted complaint. (ECF No. 56.)

IT IS SO ORDERED.

Dated: March 29, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE