UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE DENEGAL[1], <br><br>    Plaintiff, <br><br>v. <br><br>R. FARRELL, et al., <br><br>    Defendants. | Case No. 1:15-cv-01251-DAD-MJS (PC) <br><br>**ORDER DENYING MOTION TO EXPEDITE PROCEEDINGS** <br><br>**(ECF NO. 48)** |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. She is represented by appointed counsel. Before the Court is Plaintiff's motion requesting that the Court expedite the proceedings. (ECF No. 48.) The motion was filed before counsel was appointed.

Since the filing of Plaintiff's motion, Defendants have filed a motion for summary judgment and Plaintiff has filed a motion to amend. (ECF No. 53, 56.) Both motions remain pending. They will be addressed in the usual course. It is not possible to expedite the proceedings. The motion is therefore HEREBY DENIED.

IT IS SO ORDERED.

Dated:   April 2, 2018               /s/ *Michael J. Seng*
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Also known as Fatima Shabazz.