UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE DENEGAL, a/k/a FATIMA SHABAZZ,<br><br>    Plaintiff,<br><br>    v.<br><br>R. FARRELL, et al.,<br><br>    Defendants. | No. 1:15-cv-01251-DAD-MJS (PC)<br><br>**ORDER ON STIPULATION**<br><br>**(ECF No. 65)** |

The Court, having considered the parties' stipulation, hereby ORDERS:

Plaintiff is granted a seven day extension, up to and including April 18, 2018, to file a Reply in Support of Plaintiff's Motion To Amend Complaint.

IT IS SO ORDERED.

Dated: April 15, 2018            /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE