IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Fatima Shabazz a/k/a Dwayne Dene[  ]

Plaintiff(s)

vs.

R. Farrell, et al.

Defendants.

_____/

No. 1:15-cv-01251-DAD-JLT (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Carter C. White, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on December 26, 2017, by the Honorable Michael J. Seng, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

retaining expert witness Randi Ettner, Ph.D. (see attached declaration in support)

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 10,000.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:15-cv-01251-DAD-JLT (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of June, 20 18, at Contra Costa County, California.

/S/ Carter C. White

Attorney for Plaintiff(s)

The above expenditure is __X*__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: ___June 22, 2018_____

_____
United States District Judge/Magistrate Judge

*The Court anticipates that this amount will be more than enough for the entirety of the case, including trial. If, at any point, it appears that this is amount will not cover, counsel SHALL report to the Court and explain the situation.