# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA SHABAZZ a/k/a DWAYNE DENEGAL,<br>        Plaintiff,<br>   v.<br>R. FARRELL, et al.,,<br>        Defendants. | Case No.: 1:15-cv-01251 DAD JLT<br>ORDER GRANTING REQUEST TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br>(Doc. 72) |

The defendants seek a stay of the deadline to file dispositive motions until after the Court determines the plaintiff's motion to amend.[1] (Doc. 72) The plaintiff does not oppose this request. (Doc. 75) Thus, good cause appearing, the Court **ORDERS**:

1. The deadline to file dispositive motions is STAYED. The Court will re-set the deadline once it rules on the plaintiff's motion to amend the complaint.

IT IS SO ORDERED.

Dated: __September 11, 2018__        __/s/ Jennifer L. Thurston__
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has been delayed in addressing this motion due, at least in part, to the reassignment of this matter.

1