IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DWAYNE DENEGAL (FATIMA SHABAZZ),**<br><br>Plaintiff,<br><br>v.<br><br>**R. FARRELL, et al.,**<br><br>Defendants. | Case No. 1:15-cv-01251 DAD JLT PC<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE A REPLY TO THE RESPONSE TO THE MOTION TO DISMISS**<br><br>**(Doc. 82)** |

Good cause having been shown, Defendants are granted a two-week extension of time, to and including February 4, 2019, within which to file a reply to Plaintiff's response to Defendants' motion to dismiss for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: **January 16, 2019**          **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE